IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15CV01850-KLM

AMELIA FLAHARTY,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| */s/ Joseph A. Sirchio* | */s/ Dylan G. Lewis* |
| Joseph A. Sirchio, Esq. | Dylan G. Lewis |
| Bendinelli Law Firm, P.C. | P.O. Box 3328 |
| 9035 Wadsworth Parkway, Suite 4000 | Englewood, Colorado  80155-3328 |
| Westminster, Colorado  80021 | (303) 792-0740 |
| (303)940-9900 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

**SO ORDERED**

Dated: November 16, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge